OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

Colleen Mary COMERFORD, Respondent.

Nos. 262 and 397 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

April 28, 2000.

*ORDER*

PER CURIAM:

AND NOW, this 28th day of April, 2000, there having been filed with this Court by Colleen Mary Comerford her verified Statement of Resignation, stating that she desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of Colleen Mary Comerford be and it is hereby accepted and she is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania, retroactive to September 13, 1996; and it is further ORDERED that she shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

In the Matter of Mark D. CASWELL.

No. 529 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

May 9, 2000.

*ORDER*

PER CURIAM:

AND NOW, this 9th day of May, 2000, Mark D. Caswell having been suspended from the practice of law in the State of New Jersey for a period of six months by Order of the Supreme Court of New Jersey dated March 23, 1999; the said Mark D. Caswell having been directed on June 15, 1999, to inform this Court of any claim he has that the imposition of the identical or comparable discipline in this Commonwealth would be unwarranted and the reasons therefor; and no response having been filed, it is

ORDERED that Mark D. Caswell is suspended from the practice of law in this Commonwealth for a period of six months, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.